LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—oOo—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE TAGGART, a minor, by and through her Guardian Ad Litem, her custodial parent, Barbara Perry; on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150,<br><br>Defendants. | CASE NO: 2:05-CV-783 DFL GGH<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, Jasmine Taggart, states as follows:

1. I am a minor of the age of 16 years.

2. I am about to commence an action in this Court on behalf of myself and all others similarly situated against SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150, for defendants', and each of their, involvement in the illegal strip searches of myself and all other similarly situated minors at the Solano County Juvenile Detention Center.

Taggart v. Solano County et al    Doc. 6

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Barbara Perry, my natural mother, whose address is 10420 Raymouth Avenue, Rancho Cordova, California in the County of Sacramento, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Barbara Perry is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves this Court for an order appointing Barbara Perry as guardian ad litem of petitioner for the purpose of bringing action against SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150 on the claim hereinabove stated.

I, Jasmine Taggart, verify that I have read the petition and know the contents thereof, and state that the statements therein are true and correct of my own personal knowledge. This declaration was made this ____ day of April 2005, in Sacramento, California.

_____
Jasmine Taggart

CONSENT OF NOMINEE

I, Barbara Perry, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: April ___, 2005

_____
Barbara Perry

JASMINE TAGGART, et al. v. SOLANO COUNTY, et al.
PETITION & ORDER FOR GUARDIAN AD LITEM
- 2 -
USDC., Eastern District, Case No. _____

1 | DATED: April ___, 2005          Respectfully submitted,

2 |                                  LAW OFFICE OF MARK E. MERIN

3 |

4 |                                  BY:_____
                                         Mark E. Merin
5 |                                      Attorney for Petitioner Jasmine Taggart

6 |                                  **ORDER**

7 | The petition for an order appointing Barbara Perry as guardian ad litem for petitioner is

8 | GRANTED.

9 |     IT IS SO ORDERED.

10 |
11 | DATED: 4/22/2005

12 |

13 |                                  _____
14 |                                  DAVID F. LEVI
                                      United States District Judge