```
 1  LAW OFFICE OF MARK E. MERIN
    Mark E. Merin, SBN 043849
 2  Jeffrey I. Schwarzschild, SBN 192086
    2001 P Street, Suite 100
 3  Sacramento, CA 95814
    Telephone: 916/443-6911
 4  Facsimile: 916/447-8336
    E-Mail: mark@markmerin.com
 5
 6  Attorneys for Plaintiffs

 7  PORTER, SCOTT, WEIBERG & DELEHANT
    Terence J. Cassidy, SBN 099180
 8  350 University Avenue, Suite 200
    Sacramento, CA 95825
 9  Telephone: 916/929-1481
    Facsimile: 916/927-3706
10  E-Mail: tcassidy@pswdlaw.com

11  Attorneys for Defendants
```

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| JASMINE TAGGART, a minor, by and through her Guardian Ad Litem, her custodial parent, Barbara Perry; on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150,<br><br>Defendants. | CASE NO: CIV.S.05-00783 DFL GGH<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>COMPLAINT FILED:   April 21, 2005<br>TRIAL DATE:            Not Set |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JASMINE TAGGART, a minor, by and through her Guardian Ad Litem, her custodial parent, Barbara Perry,

and Defendants SOLANO COUNTY, SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, and SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, by and through their undersigned counsel that the time for Plaintiffs to file their Motion for Class Certification be extended to January 12, 2007.  This Stipulation and the requested Order thereon is based upon the following showing of good cause as more fully set forth below.

On April 3, 2006, the parties filed a Further Joint Status Report specifying that Plaintiffs would be filing a motion for class certification on or before September 29, 2006, "subject to being reset if discovery disputes must be resolved before essential information can be obtained." (Further Joint Status Report, p. 4, line 23-24.) On or about June 5, 2006, Plaintiffs propounded discovery on Defendants, and after multiple requests for extensions of time to respond to that discovery, Defendants produced discovery responses on August 17, 2006.  Plaintiffs reviewed those responses and on August 30, 2006, wrote to Defendants in an effort to meet and confer on certain deficiencies in the discovery responses. As of this date, Plaintiffs have not received supplemental responses to their discovery requests and do not have the essential information needed to file a motion for class certification.

WHEREFORE, the parties respectfully request that the District Court enter an Order extending Plaintiffs time to file their Motion for Class Certification to and including January 12, 2007.

DATED: September 27, 2006        Respectfully submitted,

                                 LAW OFFICE OF MARK E. MERIN

                                 /s/ - "Mark E. Merin"
                                 _____
                                 Mark E. Merin
                                 Attorneys for Plaintiffs

DATED: September 27, 2006        Respectfully submitted,

                                 PORTER, SCOTT, WEIBERG & DELEHANT

                                 /s/ - "Terence J. Cassidy"
                                 _____
                                 Terence J. Cassidy
                                 Attorneys for Defendants

1 **<u>ORDER</u>**

2 IT IS HEREBY ORDERED that Plaintiffs shall file their Motion for Class Certification on
3 or before January 12, 2007.

4 DATED: September 29, 2006

5                                     /s/ David F. Levi
                              HONORABLE DAVID F. LEVI
6                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28