**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (Facsimile)

Attorneys for Defendants COUNTY OF SOLANO, SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI and SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE TAGGART, a minor, by and through her Guardian Ad Litem and custodial parent Barbara Perry, on behalf of themselves and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150,<br><br>Defendant.<br>_____/ | Case No.: 2:05-cv-00783-DFL-GGH<br><br>**STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF JUVENILE RECORDS** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff JASMINE TAGGART and Defendants COUNTY OF SOLANO, SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI and SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, by and through their counsel of record, that the juvenile records of Plaintiff JASMINE TAGGART in the possession of the Solano County Probation Department be disclosed for purposes of this litigation as more fully set forth below.

///

LAW OFFICES OF
**PORTER, SCOTT, WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1
**STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF JUVENILE RECORDS**
00461864.WPD

1  Good cause exists for disclosure of those records to the respective parties in this case
2  in that Plaintiff JASMINE TAGGART alleges that she was detained, booked and held in
3  custody at the Solano County Probation Department Juvenile Hall between approximately
4  October 27 and October 30, 2003 and that while she was in custody of that facility she was
5  subjected to an unlawful strip search.  Therefore, the records maintained by Solano County
6  Probation Department with respect to matters arising out of the detention and custody of
7  Plaintiff JASMINE TAGGART, which include but may not be limited to the arrest report,
8  the reason(s) for her detention, her processing and booking into the Solano County Juvenile
9  Hall, detailed events, if any, while she was in the custody of the Solano County Juvenile Hall,
10 any nursing notes, consultations with counselors, mental health screening(s), or other medical
11 or mental health records, complaints or any other written documents or computer data. These
12 materials related to Plaintiff JASMINE TAGGART are relevant and necessary to the further
13 prosecution of this case by Plaintiff and the defending of this case by the Defendants.
14  WHEREFORE, the parties respectfully request that the District Court issue this
15 Protective Order for disclosure of the juvenile records of Plaintiff JASMINE TAGGART by
16 the Solano County Probation Department.

17 DATED: October ___, 2006          Respectfully submitted,
18                                   LAW OFFICE OF MARK E. MERIN
19
20                                   _____
                                     MARK E. MERIN
21                                   Attorney for Plaintiffs

22 DATED: October ___, 2006
                                     PORTER, SCOTT, WEIBERG & DELEHANT
23
24                                   _____
                                     TERENCE J. CASSIDY
25                                   Attorney for Defendants
26
27
28

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2
**STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF JUVENILE RECORDS**
00461864.WPD

# **ORDER**

Based on the Stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that an employee of the Solano County Probation Department, who is authorized to access juvenile records maintained by the Department, shall provide copies of any and all juvenile records pertaining to Plaintiff JASMINE TAGGART in the possession of the Solano County Probation Department including but not limited to written documents and computer data information which in any manner refer to JASMINE TAGGART, such as the arrest report, the reason (s) for her detention, her processing and booking into the Solano County Juvenile Hall, detailed events, if any, while she was in the custody of the Solano County Juvenile Hall, any nursing notes, consultations with counselors, mental health screening(s), or other medical or mental health records, and/or complaints, to counsel for Plaintiffs, Mark E. Merin, Esq. and counsel for Defendants, Terence J. Cassidy, Esq.

IT IS FURTHER ORDERED that juvenile records of Plaintiff JASMINE TAGGART so disclosed shall remain privileged and confidential and shall not be disclosed to any third parties save and except for the specific purposes of this litigation which would include Plaintiff JASMINE TAGGART and her parents, employee(s) of the Solano County Probation Department whose review of those records is necessary to respond to discovery, the office personnel of respective counsel and/or any co-counsel assisting in the case, and any duly retained expert consultant-witness on behalf of a party.

IT IS FURTHER ORDERED that the access, disclosure and giving of sworn testimony regarding the juvenile records of Plaintiff JASMINE TAGGART by personnel of the Solano County Probation Department pursuant to this Order shall not be a violation of California Penal Code sections 11105, et seq., the right to privacy of Plaintiff JASMINE TAGGART, and/or her parents or any other provision of law which would otherwise deem that information privileged and confidential.

///

///

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3
**STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF JUVENILE RECORDS**
00461864.WPD

1  IT SO ORDERED.

2  Dated: 11/14/06

3                                                      /s/ Gregory G. Hollows

4                                                      _____
                                                        United States Magistrate Judge
                                                        Eastern District of California
5
   taggart.ord
6

7

8

...

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

4

**STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF JUVENILE RECORDS**
00461864.WPD