LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706
E-Mail: tcassidy@pswdlaw.com

Attorneys for Defendants

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| JASMINE TAGGART, a minor, by and through her Guardian Ad Litem, her custodial parent, Barbara Perry; on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150,<br><br>Defendants. | CASE NO:  CIV.S.05-00783 DFL GGH<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION**<br><br><br><br>COMPLAINT FILED:   April 21, 2005<br>TRIAL DATE:              Not Set |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JASMINE TAGGART, a minor, by and through her Guardian Ad Litem, her custodial parent, Barbara Perry, and Defendants SOLANO COUNTY, SOLANO COUNTY CHIEF PROBATION OFFICER

1   GEMMA GROSSI, and SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS
2   MOORE, by and through their undersigned counsel that the time for Plaintiffs to file their Motion
3   for Class Certification be extended to May 11, 2007.  This Stipulation and the requested Order
4   thereon is based upon the following showing of good cause as more fully set forth below.

5   On April 3, 2006, the parties filed a Further Joint Status Report specifying that Plaintiffs
6   would be filing a motion for class certification on or before September 29, 2006, "subject to being
7   reset if discovery disputes must be resolved before essential information can be obtained." (Further
8   Joint Status Report, p. 4, line 23-24.)  On or about June 5, 2006, Plaintiffs propounded discovery on
9   Defendants, and after multiple requests for extensions of time to respond to that discovery,
10  Defendants produced discovery responses on August 17, 2006.  Plaintiffs reviewed those responses
11  and on August 30, 2006, wrote to Defendants in an effort to meet and confer on certain deficiencies
12  in the discovery responses.  As of this date, Plaintiffs have not received supplemental responses to
13  their discovery requests.

14  Plaintiffs noticed the depositions of 22 present and former employees of defendants for
15  November 13, 14, and 15, 2006, but because of trial schedule conflicts, those depositions were
16  continued and are now scheduled for January 16, 17, and 23, 2007.  Only after completing those
17  depositions and obtaining the supplemental discovery responses from defendants will plaintiffs have
18  the essential information necessary to file a motion for class certification.

19  WHEREFORE, the parties respectfully request that the District Court enter an Order
20  extending Plaintiffs time to file their Motion for Class Certification to and including May 11, 2007.

21  DATED: January 11, 2007            Respectfully submitted,

22                                     LAW OFFICE OF MARK E. MERIN

23                                      /s/ - "Mark E. Merin"
                                       ─────────────────────────────────
24                                     Mark E. Merin
                                       Attorneys for Plaintiffs

25  DATED: January 12, 2007            Respectfully submitted,

26                                     PORTER, SCOTT, WEIBERG & DELEHANT

27                                      /s/ - "Terence J. Cassidy"
                                       ─────────────────────────────────
28                                     Terence J. Cassidy
                                       Attorneys for Defendants

1 **<u>ORDER</u>**

2 IT IS HEREBY ORDERED that Plaintiffs shall file their Motion for Class Certification on
3 or before May 11, 2007.

4 DATED: January 17, 2007

5 /s/ David F. Levi
HONORABLE DAVID F. LEVI
6 UNITED STATES DISTRICT JUDGE