LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706
E-Mail: tcassidy@pswdlaw.com

Attorneys for Defendants

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| JASMINE TAGGART, a minor, by and through her Guardian Ad Litem, her custodial parent, Barbara Perry; on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SOLANO COUNTY; SOLANO COUNTY CHIEF PROBATION OFFICER GEMMA GROSSI, in her individual and official capacity; SOLANO COUNTY JUVENILE HALL SUPERINTENDENT GLADYS MOORE, in her individual and official capacity; and DOES 1 THROUGH 150,<br><br>    Defendants. | CASE NO:   CIV.S.05-00783 RRB GGH<br><br>**ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION**<br><br><br>COMPLAINT FILED:     April 21, 2005<br>TRIAL DATE:              Not Set |

GOOD CAUSE APPEARING from the joint motion of the parties for approval of the Stipulation of Settlement, this Court hereby approves the Stipulation of Settlement. No notice must be given to any group of persons of this settlement.

1   Based on the written materials on file and good cause appearing therefor:
2       a.    The Settlement is approved;
3       b.    The Complaint is dismissed; and
4       c.    The claims of Plaintiff Jasmine Taggart are dismissed with prejudice.

6   **IT IS SO ORDERED.**

8   DATED:  July 30, 2007

        /s/ Ralph R. Beistline
        HONORABLE RALPH R. BEISTLINE
        UNITED STATES DISTRICT JUDGE